■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v BRANDON MEDLEY, Appellant. [862 NYS2d 224]—

Appeal from a judgment of the Supreme Court, Erie County (Russell P. Buscaglia, A.J.), rendered February 28, 2007. The judgment convicted defendant, upon his plea of guilty, of robbery in the second degree.

It is hereby ordered that the judgment so appealed from is unanimously affirmed.

Memorandum: Defendant appeals from a judgment convicting him upon his plea of guilty of robbery in the second degree (Penal Law § 160.10 [2] [b]). We agree with defendant that his "waiver of the right to appeal is invalid inasmuch as [Supreme Court's] minimal inquiry was insufficient . . . to ensure that the waiver of the right to appeal was a knowing and voluntary choice" (*People v Hamilton*, 49 AD3d 1163, 1164 [2008] [internal quotation marks omitted]; *see People v Ortiz*, 46 AD3d 1409 [2007], *lv denied* 10 NY3d 769 [2008]). Thus, the contention of defendant that the court abused its discretion in denying his request for youthful offender status is properly before us (*see People v McClellan*, 49 AD3d 1201 [2008]). Even assuming, arguendo, that defendant is eligible for youthful offender status, we nevertheless conclude that the court did not abuse its discretion in denying his request (*see People v Wilson*, 306 AD2d 212 [2003], *lv denied* 100 NY2d 646 [2003]). Present—Hurlbutt, J.P., Smith, Lunn, Green and Gorski, JJ.

■ In the Matter of SVETLANA SOROKINA, Appellant, v DAVID A. HANSELL, as Acting Commissioner of New York State Office of Temporary and Disability Assistance, et al., Respondents. LEGAL AID SOCIETY OF MID-NEW YORK, INC., Respondent. [859 NYS2d 890]—Appeal from an order of the Supreme Court, Jefferson County (Joseph D. McGuire, J.), entered May 1, 2007 in a proceeding pursuant to CPLR article 78. The order, insofar as appealed from, granted the motion of the Legal Aid Society of Mid-New York, Inc. to be relieved as counsel for petitioner.

It is hereby ordered that the order so appealed from is unanimously affirmed without costs. Present—Hurlbutt, J.P., Smith, Lunn, Green and Gorski, JJ.